**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20 B 03909 |
| Tamika Tibbs, | ) | HON. Donald R. Cassling |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:   Chapter 13 Trustee, Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Suite 3850, Chicago, IL 60603;

See attached Service List.

Please take notice that on November 18, 2021, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling or before any judge sitting in his place, and present the motion to vacate, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on November 10, 2021.

/s/ *Anthony Kudron*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625
akudron@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-03909<br>Northern District of Illinois<br>Eastern Division<br>Wed Nov 10 15:21:49 CST 2021 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ALIGNCUMULUS<br>325 W Huron St #300<br>Chicago, IL 60654-9132 | AVANT<br>222 N. LASALLE ST SUITE 1700<br>CHICAGO, IL 60601-1101 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CB INDIGO<br>Po Box 4477<br>Bankcard Services<br>Beaverton, OR 97076-4401 | (p)FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 |
| COMENITYBANK/VICTORIA<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | CREDIT FIRST N A<br>Po Box 81344<br>Cleveland, OH 44188-0001 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 |
| CREDITONEBNK<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Comenity Bank/Express<br>4590 E BROAD ST<br>COLUMBUS, OH 43213-1301 |
| DEPT OF ED/NAVIENT<br>PO BOX 9635<br>WILKES BARRE, PA 18773-9635 | DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Elastic Line of Credit<br>PO Box 950276<br>Louisville, KY 40295-0276 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | FIRST SVG CC<br>500 EAST 60TH ST NORTH<br>SIOUX FALLS, SD 57104-0478 |
| Great American Finance<br>11380 Prosperity Farms Rd Ste 221<br>Palm Bch Gdns, FL 33410-3465 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | MERCURY/FBT<br>PO Box 84064<br>Columbus, GA 31908-4064 | MERRICK BANK CORP<br>One Paces West<br>Suite 1400<br>Atlanta, GA 30327-2734 |

```
NORTHSTAR CREDIT UNION                PRA Receivables Management LLC as agent    Premier Bankcard, Llc
3 S 555 WINFIELD RD                   Portfolio Recovery Associates, LLC         Jefferson Capital Systems LLC Assignee
WARRENVILLE, IL 60555-3148            PO Box 41067                               Po Box 7999
                                      Norfolk, VA 23541-1067                     Saint Cloud Mn 56302-7999


Quantum3 Group LLC as agent for       RISE/ECS                                   SYNCB/AMAZON
Comenity Bank                         4150 INTERNATIONAL PLZ S                   PO BOX 965015
PO Box 788                            FT WORTH, TX 76109-4892                    ORLANDO, FL 32896-5015
Kirkland, WA  98083-0788


SYNCB/CAR CARE SYN CAR                SYNCB/PANDORA                              SYNCB/TJX
PO BOX 965036                         950 FORRER BLVD                            PO BOX 965015
ORLANDO, FL 32896-5036                KETTERING, OH 45420-1469                   ORLANDO, FL 32896-5015


SYNCB/WALMAR                          Synchrony Bank                             TBOM/ATLS/FORTIVA MC
2001 Western Ave                      c/o PRA Receivables Management, LLC        5 CONCOURSE PKWY
Ste 400                               PO Box 41021                               ATLANTA, GA 30328-5350
Seattle, WA 98121-3132                Norfolk, VA 23541-1021


TBOM/CONTFIN                          TD BANK USA/TARGETCRED                     (p)TOYOTA MOTOR CREDIT CORPORATION
121 CONTINENTAL DR STE 1              PO Box 660170                              PO BOX 8026
NEWARK, DE 19713-4326                 Dallas, TX 75266-0170                      CEDAR RAPIDS IA 52408-8026


The Bank of Missouri                  Verizon                                    John P Wonais
PO Box 105555                         by American InfoSource as agent            Wonais Law, LLC
Atlanta, GA 30348-5555                4515 N Santa Fe Ave                        11070 S. Western Ave., STE 9
                                      Oklahoma City, OK 73118-7901               Chicago, IL 60643-3928


Patrick S Layng                       Sidney Dawsey                              Tamika Tibbs
Office of the U.S. Trustee, Region 11 Semrad Law Firm                            5035 S East End Ave Unit N1906
219 S Dearborn St                     20 S. Clark Street 28th Floor              Chicago, IL 60615-0115
Room 873                              Chicago, IL 60603-1811
Chicago, IL 60604-2027


Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Suite 3850
Chicago, IL 60603-5764
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CAPITAL ONE BANK USA N                CCS/FIRST SAVINGS BANK                     IRS
PO BOX 85520                          500 E 60TH ST N                            Irs Mail Stop 4100 P-3
RICHMOND, VA 23285                    SIOUX FALLS, SD 57104                      Kansas City, MO 64999
```

```
JPMCB CARD                      Jefferson Capital Systems LLC    MACYS/DSNB
PO BOX 15369                    Po Box 7999                      9111 DUKE BLVD
WILMINGTON, DE 19850            Saint Cloud Mn 56302-9617        MASON, OH 45040



TOYOTA MOTOR CREDIT             End of Label Matrix
PO Box 5855                     Mailable recipients    51
Carol Stream, IL 60197          Bypassed recipients     0
                                Total                  51
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 03909 |
| Tamika Tibbs, ) | HON. Donald R. Cassling |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO VACATE ORDER FOR PAYROLL CONTROL**

Tamika Tibbs, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to vacate the Order for Payroll Control entered on February 13, 2020 at docket entry number 10, and in support thereof states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. On February 12, 2020, the Debtor Tamika Tibbs filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. At the start of the instant case, Debtor voluntarily submitted to payroll control. On February 13, 2020, this Honorable Court entered an Order for Payroll Control, at docket entry number 10.

4. Debtor wishes to make direct payment to the Trustee.

5. The foregoing constitutes sufficient grounds for this Court to enter an Order vacating the Order for Payroll Control entered on February 13, 2020, at docket entry number 10.

Tamika Tibbs, Debtor, and The Semrad Law Firm, LLC counsel for the Debtor, respectfully request this Honorable Court enter an Order vacating the Order for Payroll Control entered on February 13, 2020, docket entry number 10 and for such other and further relief as this Court deems fair and just.

                                                Respectfully Submitted,

/s/ *Anthony Kudron*
Attorney for Debtors
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625