UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 20-03909
Tamika Tibbs )
 )  Chapter: 13
 )  Honorable Donald R. Cassling
 )
 )
Debtor(s) )

## ORDER VACATING ORDER FOR PAYROLL CONTROL

This cause coming to be heard on the Motion of the Debtor to vacate the ORDER entered on February 13, 2020, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto, IT IS HEREBY ORDERED:

That the Order entered on February 13, 2020, at docket entry number 10 directing Debtor's employer to send funds to the Chapter 13 Trustee is vacated.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 18, 2021

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625